AMERICAN DISCOUNT CORPORATION *vs.* HAROLD A. LEVENTHAL & others.[1]
May 5, 1970.  The final decree entered after hearing on the plaintiff's amended
bill of complaint declared that the plaintiff was an unsatisfied judgment
creditor of William in the sum of $750,000, that William transferred to Tillye
in fraud of creditors $163,442.83, of which $93,442.83 was in the hands of
Harold, and ordered that Harold pay $93,442.83 with interest to the plaintiff.
The judge made findings of fact.  The evidence is reported.  1. Harold's
appeal on the merits fails.  The findings of the judge, which we need not re-
count, are supported by the evidence, are not plainly wrong, and uphold the
decree which, in turn, is within the scope of the amended pleadings.  *McMahon*
v. *Monarch Life Ins. Co.* 345 Mass. 261, 262.  2. There was no error in deny-
ing William's motions to remove the decree pro confesso against him and to
vacate the final decree.  The original bill, filed November 2, 1965, was taken
for confessed against William on December 28, 1965.  A substitute bill adding
Tillye as defendant was allowed May 22, 1967.  William testified as a witness
at the trial on October 24, 1968.  On February 11, 1969, William moved to
vacate the default decree on the ground that the original bill had been
amended.  The amendment merely named Tillye as one of those who, with
Harold, as alleged in the original bill, had received fraudulent transfers from
William.  There was no material amendment affecting William.  No greater
relief was sought against him.  There was no error in denying the motion to
vacate the final decree.

*Final decree affirmed.*
*Daniel A. Canning*, for Harold A. Leventhal, submitted a brief.
*Edward Rudnitsky*, for William J. Leventhal, submitted a brief.
*Richard A. Goldstein* (*Marcien Jenckes* with him) for the plaintiff.